IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RAYMOND OUTLER, )
)
　　　Plaintiff, )
)
vs. ) CIVIL ACTION NO. 609-063
)
WARDEN, FCI BECKLEY, et al )
)
　　　Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this _____ day of April, 2010.

_____
B. Avant Edenfield
United States District Judge
Southern District of Georgia